IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: CR209-49

BENNIE SAMS, JR.
ERICA L. JACKSON
JOY L. WASHINGTON

# ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The portion of the Motion to Suppress filed by Defendant Erica L. Jackson seeking the suppression of her statements to police officers on June 1, 2009, is **granted**. The remainder of Jackson's Motion to Suppress is **DENIED**.

**SO ORDERED**, this 21 day of July, 2010.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)